**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALBRECHT, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BANCORP HOLDINGS, INC. d/b/a THE FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No.: 8:19-cv-00810-DOC-JDE<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>Judge:   Hon. David O. Carter |
| NATIONAL BANCORP HOLDINGS, INC. d/b/a THE FEDERAL SAVINGS BANK,<br><br>Third-party Plaintiff,<br><br>v.<br><br>BEST RATE HOLDINGS, LLC, d/b/a BEST RATE REFERRALS, and FDE MARKETING GROUP, LLC<br><br>Third-party Defendants. | |

1    NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 40-2, that this
2 action has been settled in its entirety, on an individual basis only. The parties
3 anticipate filing a joint stipulation to dismiss with prejudice as to the named
4 plaintiff's individual claims and without prejudice as to the claims of the putative
5 class members by May 22, 2020.
6    The parties jointly and respectfully request that all pending dates and filing
7 requirements be vacated and that the Court set a deadline of on or after May 22,
8 2020, for the filing a joint stipulation to dismiss.

10   DATED:    April 1, 2020          **KAZEROUNI LAW GROUP, APC**

                                      By: /s/ Abbas Kazerounian
                                           Abbas Kazerounian, Esq.
                                           ak@kazlg.com
                                      *Attorneys for Plaintiff*


                                      **OFFIT KURMAN, P.A.**

                                      By: /s/ John J. Allegretto
                                           John J. Allegretto, Esq.

                                           1801 Market Street,
                                           Suite 2300
                                           Philadelphia, PA 19103
                                           Email: jallegretto@offitkurman.com
                                           Phone: 267-338-1336
                                           Fax: 267-338-1335
                                           *Pro Hac Vice*
                                      *Attorneys for Defendant, National Bankcorp
                                      Holdings, Inc.*


                                      **CARLTON FIELDS LLP**

                                      By: /s/ Aaron S. Weiss
                                           Aaron S. Weiss, Esq.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

(SBN: 239724)

2029 Century Park East.
Suite 1200
Los Angeles, CA 90067
Email: smenger@carltonfields.com
Phone: 310-843-6300
Fax: 310-843-6301

*Attorneys for Defendant, FDE Marketing Group, LLC*

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained John J. Allegretto and Aaron S. Weiss's authorization to fix their electronic signatures to this document.

By: /s/ Abbas Kazerounian
Abbas Kazerounian, Esq.