**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PETER ALBRECHT, Individually And On Behalf of All Others Similarly Situated,**

**Plaintiff,**

**v.**

**NATIONAL BANCORP HOLDINGS, INC. d/b/a THE FEDERAL SAVINGS BANK, and FDE MARKETING GROUP, LLC,**

**Defendants.**

**NATIONAL BANCORP HOLDINGS, INC. d/b/a THE FEDERAL SAVINGS BANK,**

**Third-party Plaintiff,**

**v.**

**BEST RATE HOLDINGS, LLC, d/b/a BEST RATE REFERRALS, and FDE MARKETING GROUP, LLC,**

**Third-party Defendants.**

**Case No.:** 8:19-cv-00810-DOC-JDE

**JOINT STIPULATION TO DISMISS ACTION**

**Judge**: Hon. David O. Carter

[Filed concurrently with Proposed Order]

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**FDE MARKETING GROUP, LLC,**

**Third-Party Plaintiff,**

**v.**

**BEST RATE HOLDINGS, LLC, d/b/a BEST RATE REFERRALS; ADMK AGENCY, LLC, a Wyoming limited liability company,**

**Third-Party Defendants.**

**JOINT STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Peter Albrecht ("Plaintiff"), Defendant and Third-Party Plaintiff, National Bancorp Holdings, Inc. d/b/a The Federal Savings Bank ("TFSB"), and Defendant, Third-Party Plaintiff, and Third-Party Defendant FDE Marketing Group, LLC ("FDE"), through their respective attorneys of record, as follows:

1. Plaintiff's individual claims against TFSB and FDE may be dismissed with prejudice, and the claims of the putative class members may be dismissed against TFSB and FDE without prejudice.

2. TFSB's crossclaims / third-party claims against FDE are dismissed with prejudice to the extent they relate to Plaintiff Peter Albrecht's claim and without prejudice to the extent they related to the claims of the putative class members.

3. FDE's claims against ADMK LLC are dismissed with prejudice to the extent they relate to Plaintiff Peter Albrecht's claim and without prejudice to the extent they related to the claims of the putative class members.

IT IS SO STIPULATED.

DATED: May 18, 2020 **KAZEROUNI LAW GROUP, APC**

By: /s/ Jason A. Ibey_____
Jason A. Ibey, Esq.
jason@kazlg.com
*Attorneys for Plaintiff, Peter Albrecht*

DATED: May 18, 2020 **OFFIT KURMAN, P.A.**

By: /s/ John J. Allegretto_____
John J. Allegretto, Esq.
*Pro Hac Vice*
1801 Market Stree
Suite 2300
Philadelphia, PA 19103
JAllergretto@offitkurman.com
Phone: 267-338-1336
Fax: 267-338-1335
*Attorneys for Defendant, National Bankcorp Holdings, Inc.*

DATED: May 18, 2020 **CARLTON FIELDS**

By: /s/ Aaron S. Weiss______
Aaron S. Weiss, Esq.
(pro hac vice)
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
aweiss@carltonfields.com
Phone: 305-530-0050
Fax: 305-530-0055
*Attorneys for Defendant, FDE Marketing Group, LLC*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for TFSB and counsel for FDE, and that I have obtained John J. Allegretto and Aaron S. Weiss's authorization to fix their electronic signatures to this document.

By: /s/ Jason A. Ibey______
Jason A. Ibey, Esq.