# UNITED STATES DISTRICT COURT
# CENRTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALBRECHT, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>v.<br><br>NATIONAL BANCORP HOLDINGS, INC. d/b/a THE FEDERAL SAVINGS BANK, and FDE MARKETING GROUP, LLC,<br><br>                    Defendants. | Case No.: 8:19-cv-00810-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION** |

1

Upon review of the Joint Stipulation To Dismiss Plaintiff's Claims Against Defendants National Bankcorp Holdings, Inc. d/b/a The Federal Savings Bank ("TFSB") and FDE Marketing Group, LLC ("FDE"), and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's individual claims against TFSB and FDE are dismissed with prejudice, and the claims of the putative class members are dismissed against TFSB and FDE without prejudice.

2. TFSB's crossclaims / third-party claims against FDE are dismissed with prejudice to the extent they relate to Plaintiff Peter Albrecht's claim and without prejudice to the extent they related to the claims of the putative class members.

3. FDE's claims against ADMK LLC are dismissed with prejudice to the extent they relate to Plaintiff Peter Albrecht's claim and without prejudice to the extent they related to the claims of the putative class members.

**IT IS SO ORDERED**.

DATED: May 18, 2020      _____
                        Hon. David O. Carter
                        U.S. DISTRICT COURT JUDGE